THE ÆTNA CASUALTY AND SURETY COMPANY v. TRAMLEY, INC., and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANITA BAXTER, an Infant, by HELEN BAXTER, Her Guardian ad Litem, and HELEN BAXTER v. THE WEBER, BUNKE, LANGE COAL COMPANY and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH M. ROSENWASSER v. HARRY SCHOENFELD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

AARON SMILOW and Others v. SAMUEL J. WOOD, Impleaded with MORRIS ZUCK. — Motion for leave to appeal to the Court of Appeals and for a stay of enforcement of temporary injunction order denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of THOMAS M. FAY for a Peremptory Order of Mandamus against EDWARD P. MULROONEY, as Police Commissioner of the City of New York and as Trustee and Treasurer of the Police Pension Fund.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CHARLES HALPERN for an Order of Peremptory Mandamus against Honorable HARRY STACKELL, County Judge, Bronx County.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

## SECOND DEPARTMENT, MAY, 1932.

LILLIAN STEWART FOSTER, Respondent, v. SETH GEORGE FOSTER, Appellant.— On argument, order granting plaintiff's motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

SETH G. FOSTER, Appellant, v. EDWARD F. CROKER, Respondent.— On argument, order modified by eliminating the word " exact " wherever the same appears and by substituting therefor the word " approximate." As so modified the order is affirmed, without costs; the particulars to be furnished within ten days from the entry of the order herein. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.